1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2

3

4

5

6

7

FILED

Jul 22 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,         )  CASE NO. CR20-297VC
                                      )
12         Plaintiff,                 )  VIOLATIONS:
                                      )  18 U.S.C. § 1001(a)(2) – False Statement
13     v.                             )  to a Government Agency
                                      )
14  JOSEPH ZHANG                      )  SAN FRANCISCO VENUE
                                      )
15         Defendant.                 )
                                      )
16                                    )
                                      )
17  _____)

18

19                    I N F O R M A T I O N

20  The United States Attorney alleges:

21                    Introductory Allegations

22      At all times relevant to this Information:

23      1.    The United States Securities and Exchange Commission (SEC) is an agency within the

24  executive branch of the United States government charged with the regulation of securities and the

25  securities markets.  The SEC Division of Enforcement is charged with investigating potential violations

26  of U.S. securities laws, including violations involving trading in the securities of public companies on

27  the basis of material non-public information.

28      2.    Company A was a publicly-traded pharmaceutical company based in the Northern

INFORMATION

District of California, and Company A's stock was traded on the NASDAQ stock market.

3. The SEC Division of Enforcement was conducting an investigation regarding trading in the securities of Company A, and in the course of that investigation representatives of the SEC Division of Enforcement spoke by telephone with the defendant Joseph Zhang in order to gather information relevant to the investigation.

4. Defendant Joseph Zhang resides in the Northern District of California, and he was in the Northern District of California when he spoke with representatives of the SEC.

COUNT ONE:    (18 U.S.C. § 1001(a)(2) – False Statement to a Government Agency)

Paragraphs 1 through 4 of this Indictment are re-alleged and incorporated as if fully set forth here.

On or about February 28, 2018, in the Northern District of California, the defendant,

JOSEPH ZHANG,

did willfully and knowingly make materially false statements and representations in a matter within the jurisdiction of the executive branch of the Government of the United States by stating that he did not discuss his trading in the securities of Company A with any other person, and that he did not know anyone who worked at Company A. These statements and representations were false because, as Zhang then and there knew, he had discussed trading securities of Company A with at least one other person prior to trading, and he knew that person was employed by Company A at the time.

All in violation of Title 18, United States Code, Section 1001(a)(2).

DATED: July 21, 2020

DAVID L. ANDERSON
United States Attorney

_____
LLOYD FARNHAM
Assistant United States Attorney

INFORMATION                                                2

AO 257 (Rev. 6/78)

**FILED**
Jul 22 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - I

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT   ☐ SUPERSEDING

Name of District Court
NORTHERN DI...
SAN FR...

## OFFENSE CHARGED

COUNT ONE:
18 U.S.C. § 1001(a)(2) -- False Statements

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum 5 yrs imprisonment, fine of $250,000, 3 yrs supervised release, $100 special assessment

## DEFENDANT - U.S

JOSEPH ZHANG

DISTRICT COURT NUMBER

CR20-297 VC

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   DAVID L. ANDERSON

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   LLOYD FARNHAM

## DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction   ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No   If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

**FILED**

Jul 22 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

| | |
|---|---|
| **CASE NAME:** USA v. JOSEPH ZHANG | **CASE NUMBER:** CR CR20-297 VC |
| **Is This Case Under Seal?** | Yes    No ✓ |
| **Total Number of Defendants:** | 1 ✓    2-7    8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes    No ✓ |
| **Venue (Per Crim. L.R. 18-1):** | SF ✓    OAK    SJ |
| **Is this a potential high-cost case?** | Yes    No ✓ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes    No ✓ |
| **Is this a RICO Act gang case?** | Yes    No ✓ |
| **Assigned AUSA (Lead Attorney):** Lloyd Farnham | **Date Submitted:** 7/21/2020 |
| **Comments:** | |

RESET FORM    SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)