1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  LLOYD FARNHAM (CABN 202231)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-7234
        lloyd.farnham @ usdoj.gov
8
   Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,           )  NO. 20-CR-00297 VC
                                        )
14         Plaintiff,                   )  NOTICE OF DISMISSAL
                                        )
15      v.                              )
                                        )
16  JOSEPH ZHANG,                       )
                                        )
17         Defendant.                   )
                                        )
18

19      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

20  States Attorney for the Northern District of California dismisses the above Information (Dkt. 1) against

21  defendant Joseph Zhang.

22

23  DATED: August 25, 2021                         Respectfully submitted,

24                                                 STEPHANIE M. HINDS
                                                   Acting United States Attorney
25
                                                   *Hallie Hoffman* (signature)
26                                                 _____
                                                   HALLIE HOFFMAN
27                                                 Chief, Criminal Division

28

NOTICE OF DISMISSAL
No. 20-CR-00297 VC

ORDER

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, leave is granted to the government to dismiss the Information against Joseph Zhang.

DATED: August 27, 2021

_____
HON. VINCE CHHABRIA
United States District Judge

NOTICE OF DISMISSAL
No. 20-CR-00297 VC